UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MICHAEL MAIOLO

              Plaintiff,

   vs.

BRP US, INC.,

              Defendant.

CIVIL ACTION

CASE NO. 2:22-cv-01770-WSH

## STIPULATION AND ORDER OF DISMISSAL

AND NOW, comes the parties, by their respective counsel, and hereby stipulate and agree that all claims that were or could have been raised in this matter are hereby dismissed, with prejudice, each party to bear their own costs.

Dated: September 5, 2024          Respectfully submitted,

/s/ *Jason M. Reefer*

Jason M. Reefer
Clem C. Trischler
PIETRAGALLO GORDON ALFANO BOSICK &
RASPANTI, LLP
One Oxford Centre, 38th Floor
Pittsburgh, PA 15219
jmr@pietragallo.com
cct@pietragallo.com

*Counsel for Defendant BRP U.S., Inc.*

*/s/ Spencer Sheehan (w/ permission given 9-5-24)*

Spencer Sheehan
SHEEHAN & ASSOCIATES, P.C.
60 Cuttermill Road, Suite 412
Great Neck, NY 11021
spencer@spencersheehan.com

*Counsel for Plaintiff*